# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1541
_____

THADDEUS MCKINNON,

    Appellant,

v.

MICHELLE LEE PELT,

    Appellee.

_____

On appeal from the Circuit Court for Jefferson County.
Dawn Caloca-Johnson, Judge.

April 18, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thaddeus McKinnon, pro se, Appellant.

Michelle L. Pelt, pro se, Appellee.